MELROSE ASSOCIATES, L.P.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 00–5022.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2001.

Before LOURIE, CLEVENGER, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.